UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARTIN RANDY ROGERS,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | No. 3:10-CV-314<br>(Phillips/Shirley) |

## FINAL JUDGMENT ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the objections to the report and recommendation of the magistrate judge filed by plaintiff [Doc. 14] are hereby **OVERRULED**. The report and recommendation [Doc. 13] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

**IT IS ORDERED,** for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that the Plaintiff's Motion for Summary Judgment [Doc. 7] is **DENIED;** the Commissioner's Motion for Summary Judgment [Doc. 11] is **GRANTED;** the Commissioner's denial of Plaintiff's application for benefits under the Social Security Act is **AFFIRMED;** and this case is **DISMISSED.**

**IT IS SO ORDERED.**

**ENTER:**

Entered as a judgment.

s/ *Patricia L. McNutt*
PATRICIA L. McNUTT
CLERK OF COURT

      s/ Thomas W. Phillips
United States District Judge